**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6980**

_____

HOMER AVERY WOOD,

               Plaintiff - Appellant,

        v.

DR. DONALD V. MICKLOS; LINDA PADGETT, RN; R. MEADOW; CYNTHIA
A. HESTER,

               Defendants - Appellees,

        and

BETH CHADWICK; DR. JOHN B. SMITH,

               Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge. (5:10-ct-03039-D)

_____

Submitted:  November 2, 2012        Decided:  November 7, 2012

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Homer Avery Wood, Appellant Pro Se.  Elizabeth Pharr McCullough,
Kelly Elizabeth Street, YOUNG, MOORE & HENDERSON, PA, Raleigh,
North  Carolina;  Yvonne  Bulluck  Ricci,  Assistant  Attorney
General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Homer Avery Wood appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wood v. Micklos, No. 5:10-ct-03039-D (E.D.N.C. Apr. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED